# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 05-12984-WRS
                                                Chapter 7
MICHAEL C. JONES,

       Debtor

WILLIAM C. CARN III, TRUSTEE,

       Plaintiff                                Adv. Pro. No. 06-1096-WRS

   v.

MICHAEL C. JONES,

       Defendant

## MEMORANDUM DECISION

This Adversary Proceeding was called for trial on October 23, 2006.  Plaintiff William C. Carn, III, the Chapter 7 Trustee in this case was present but Defendant Michael C. Jones was not. Carn claims that Jones should be denied his discharge, pursuant to 11 U.S.C. § 727(a)(2)(B), because he failed to turn over to Carn a 1993 Jeep Wrangler, which is property of the estate. Having reviewed the pleadings in this case and having been advised by Carn in open court as to the facts of this case, the Court finds that the Debtor should be denied his discharge.

The Court will enter judgment by way of a separate document.

Done this 29th  day of November, 2006.

               /s/ William R. Sawyer
               United States Bankruptcy Judge

c: William C. Carn III, Plaintiff
   Michael C. Jones, Defendant